IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHERYL L. RUST                                                                                      PLAINTIFF

v.                                         Civil No. 5:07-cv-5097

MICHAEL J. ASTRUE, Commissioner                                                     DEFENDANT
Social Security Administration

**J U D G M E N T**

Now on this 17th day of July, 2008, comes on for consideration the Report and Recommendation dated June 24, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

   IT IS SO ORDERED.

                                                              /s/Jimm Larry Hendren
                                                              HON. JIMM LARRY HENDREN
                                                              UNITED STATES DISTRICT JUDGE